**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Olusegun M. Clement** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO: 1:26-cv-01724** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Selby et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

# ORDER

On September 23, 2026, Plaintiff, Olusegun M. Clement, filed a Notice of Dismissal pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i). This Court, having reviewed the Notice, hereby ORDERS that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: 10/1/2026

/s/
Richard D. Bennett
U.S. Senior District Judge